IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SONJA MORGAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: |
| : | 7:24-cv-135-WLS |
| PFJ SOUTHEAST LLC, : | |
| PILOT TRAVEL CENTERS LLC, : | |
| ABC CORPORATIONS A–C, and : | |
| JOHN DOES 1–2, : | |
| : | |
| Defendants. : | |

## ORDER

  Before the Court is Defendant Pilot Travel Centers LLC's Motion to Compel Plaintiff's Discovery Responses and to Amend Scheduling Order (Doc. 8) ("Motion") filed September 24, 2025. Therein, Defendant Pilot Travel Centers LLC ("Pilot") requests the Court compel Plaintiff to respond to discovery and that the Court extend the discovery deadlines. On September 26, 2025, Defendant Pilot Travel Centers LLC ("Pilot") filed a Suggestion of Death of Plaintiff Sonja Morgan (Doc. 9) ("Suggestion") indicating that Pilot understands Plaintiff died on February 25, 2025, and as of the date of the Suggestion, Pilot understands Plaintiff's estate has not been established or disbursed.

  Based on the foregoing, on or before **Monday, December 1, 2025**, Plaintiff's counsel shall file a status report advising the Court whether Plaintiff's estate intends to proceed with this action. Failure to comply with this Order may result in the dismissal of this case for failure to prosecute without further notice or proceeding.

  Further, in view of Defendant's notice and the unknown status of Plaintiff's representative, if any, Defendant's Motion (Doc. 8) will be held in abeyance pending the filing of the status report.

  **SO ORDERED**, this 2nd day of October 2025.

              /s/ W. Louis Sands
              W. LOUIS SANDS, SR. JUDGE
              UNITED STATES DISTRICT COUR