IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SONJA MORGAN, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:24-cv-135-WLS** |
| : | |
| PFJ SOUTHEAST LLC, : | |
| PILOT TRAVEL CENTERS LLC, : | |
| ABC CORPORATIONS A–C, and : | |
| JOHN DOES 1–2, : | |
| : | |
| **Defendants.** : | |

## ORDER

On September 26, 2025, Defendant Pilot Travel Centers LLC ("Pilot") filed a Suggestion of Death of Plaintiff Sonja Morgan (Doc. 9) ("Suggestion") indicating that Pilot understood Plaintiff died on February 25, 2025. By Order (Doc. 10) entered October 2, 2025, the Court ordered Plaintiff's counsel to file a status report advising the Court whether Plaintiff's estate intends to proceed with this action. On December 1, 2025, Plaintiff's counsel filed a timely Status Report (Doc. 12) notifying the Court that he met with the family of Plaintiff Sonja Morgan, deceased, and the family has agreed to move forward with establishing an estate for Plaintiff, naming Plaintiffs daughter, April Williams, as the administrator. Plaintiff's counsel requests the family be given sixty days within which to establish the estate and file a Motion to Substitute Party.

Accordingly, on or before **Friday, January 30, 2026**, Plaintiff's estate may file a Motion to Substitute Party. Failure to comply with this Order may result in the dismissal of this case for failure to prosecute without further notice or proceeding.

2

Further, Defendant Pilot Travel Centers LLC's Motion to Compel Plaintiff's Discovery Responses and to Amend Scheduling Order (Doc. 8) shall continue to be held in abeyance pending the filing of the Motion to Substitute Party or until further Order of the Court.

**SO ORDERED**, this 3rd day of December 2025.

                                                  /s/W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COUR**