**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **SONJA MORGAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:24-cv-135-WLS** |
| | : | |
| **PFJ SOUTHEAST LLC,** | : | |
| **PILOT TRAVEL CENTERS LLC,** | : | |
| **ABC CORPORATIONS A–C, and** | : | |
| **JOHN DOES 1–2,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

By Order (Doc. 13) entered December 3, 2025, Plaintiff's counsel was ordered to substitute Plaintiff's daughter, April Williams, as the administrator of the estate of Plaintiff Sonja Morgan, deceased, as the Plaintiff. The substitution was to be filed on or before January 30, 2026. By Order (Doc. 14) entered February 2, 2026, Plaintiff's counsel was ordered to show cause in writing as to why the captioned action should not be dismissed without prejudice for failure to timely file such substitution.

Plaintiff's Response to Order to Show Cause (Doc. 15) was timely filed on February 17, 2026, explaining that counsel has been working diligently with Plaintiff's family to obtain Letters of Administration from the Lowndes County Probate Court, but has not completed the process. Plaintiff's family requests an additional sixty days to obtain the Letters of Administration and file the appropriate documents with this Court. The Court accepts this explanation and finds no sanction or further action is appropriate at this time.

Accordingly, on or before **Friday, April 17, 2026**, Plaintiff's estate may file a Motion to Substitute Party. If circumstances arise which make it impractical for counsel to comply with this deadline, counsel shall promptly file a motion for an extension no later than the

1

aforesaid deadline. Failure to comply with this Order may result in the dismissal of this case for failure to prosecute without further notice or proceeding.

Further, Defendant Pilot Travel Centers LLC's Motion to Compel Plaintiff's Discovery Responses and to Amend Scheduling Order (Doc. 8) shall continue to be held in abeyance pending the filing of the Motion to Substitute Party or until further Order of the Court.

**SO ORDERED**, this 19th day of February 2026.

**/s/W. Louis Sands s**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COUR**

2